

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00467-CV

IN THE INTEREST OF C.P.P.,
V.P.P., AND K.P.P., CHILDREN

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).


PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: April 19, 2012

---

[1]*See* Tex. R. App. P. 47.4.